**LAROCCA HORNIK ROSEN & GREENBERG LLP**
COUNSELORS AT LAW

THE TRUMP BUILDING
40 WALL STREET
32ND FLOOR
NEW YORK, NY 10005
212.530.4823
212.530.4815 FAX

LHRGB.COM

PROFESSIONAL ARTS CENTER
475 COUNTY RD 520
SUITE 200
MARLBORO, NJ 07746
732.409.1144
732.409.0350 FAX

PRIVATE LENDER GROUP
212.536.3529
732.625.2463 FAX

FRANK J. LAROCCA ‡◊
JONATHAN L. HORNIK
LAWRENCE S. ROSEN
ROSE GREENBERG ∆
AMY D. CARLIN ∆
PATRICK MCPARTLAND ∆
DAVID N. KITTREDGE
JARED E. BLUMETTI
SANFORD HAUSLER ∆
JOHN L. GARCIA
LAUREN CASPARIE ∆
JESSICA THUAL ∆
PETER KELEGIAN ∆
DREW TANNER ‡
LAUREN WEISSMAN-FALK
NELSON DIAZ
RYAN DUFFY
DANIEL KRAFT ‡
CHRISTOPHER FORD ‡
∆ NEW YORK BAR ONLY
‡ NEW JERSEY BAR ONLY
◊ OF COUNSEL ATTORNEYS
○ CERTIFIED MATRIMONIAL LAW ATTORNEY

DIRECT DIAL: 212.488.1580
E-MAIL: JGARCIA@LHRGB.COM

June 20, 2023

**VIA ECF**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re: Garrison Redd v. 817 Lexington Ave I LLC, et al.
Case No. 23-cv-2552 (JMF) (BCM)

Dear Judge Furman:

We represent all defendants in the above-captioned action and are writing jointly with plaintiff's counsel, in accordance with Section 2(E) of Your Honor's rules, to respectfully request that (i) the initial pretrial conference—and related filing deadlines—be adjourned from June 27, 2023 to a date and time that is convenient to the Court on or after July 27, 2023; and (ii) defendants' time to respond to the complaint be extended from June 24, 2023 to July 24, 2023.[1]

The reason for this request is that the parties are unable to conduct their mediation prior to the currently scheduled initial pretrial conference through no fault of their own. Specifically, on June 9, 2023, as the parties were attempting to schedule a mediation date, the parties' assigned mediator advised that he had fallen ill and could not conduct a pre-mediation conference or mediation for a few weeks. The mediator has since recovered, however—the parties' pre-mediation conference is now scheduled for June 26th, and we expect to mediate in early July.

Relatedly, permitting the parties to mediate before requiring defendants to respond to the complaint would allow for a more efficient use of their time and resources, with more resources being devoted to potential resolution as opposed to litigation.

---

[1] Initially, our firm represented defendant Equinox 63rd Street Inc. ("Equinox") only. However, we recently assumed representation of the remaining defendants and we are contemporaneously filing notices of appearance on their behalf.

      For these reasons, the parties respectfully request that the Court grant their instant application.

      This is the parties' first request to adjourn the initial pretrial conference and defendants' second request to extend their time to respond to the complaint.

Respectfully submitted,

/s/ *John L. Garcia*

John L. Garcia
Patrick McPartland

cc:    All counsel of record (*via ECF*)

Application GRANTED. The conference currently scheduled for June 27, 2023, is hereby rescheduled to August 1, 2023, at 9:00 a.m. The Clerk of Court is directed to terminate ECF No. 25.

SO ORDERED.

*[signature]*

June 21, 2023