# LaRocca Hornik Rosen
## & Greenberg LLP
### COUNSELORS AT LAW

The Trump Building
40 Wall Street
32nd Floor
New York, NY 10005
212.530.4823
212.530.4815 FAX

LHRGB.COM

PRIVATE LENDER GROUP
PROFESSIONAL ARTS CENTER
475 County Rd 520
Suite 200
Marlboro, NJ 07746
212.536.3529
732.625.2463 FAX

Frank J. LaRocca ♠◊
Jonathan L. Hornik
Lawrence S. Rosen
Rose Greenberg ∆
Amy D. Carlin ∆
Patrick McPartland ∆
David N. Kittredge
Jared E. Blumetti
Sanford Hausler ∆
John L. Garcia
Lauren Casparie ∆
Jessica Thual ∆
Peter Kelegian ∆
Drew Tanner ♦
Lauren Weissman-Falk
Nelson Diaz
Ryan Duffy
Daniel Kraft ♦
Christopher Ford ♦
∆ New York Bar Only
♦ New Jersey Bar Only
◊ Of Counsel Attorneys
○ Certified Matrimonial Law Attorney

DIRECT DIAL: 212.488.1.80
E-MAIL: JGARCIA@LHRGB.COM

July 19, 2023

**VIA ECF**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

      Re:    Garrison Redd v. 817 Lexington Ave I LLC, et al.
             Case No. 23-cv-2552 (JMF) (BCM)

Dear Judge Furman:

We represent all defendants in the above-captioned action and are writing, in accordance with Section 2(E) of Your Honor's rules, to respectfully request that (i) defendants' time to respond to the complaint be briefly extended from July 24, 2023 to August 7, 2023; and (ii) the parties' initial pretrial conference—and related filing deadlines—be adjourned from August 1, 2023 to a date and time convenient to the Court on or after August 7, 2023.

The reason for this request is similar to that set forth in the parties' June 20, 2023 letter motion (which was granted). Specifically, the parties are now scheduled to mediate this matter on July 24, 2023 and permitting the parties to mediate before requiring defendants to respond to the complaint (and before requiring the parties to prepare for and attend the initial pretrial conference) would allow for a more efficient use of their time and resources, with more resources being devoted to potential resolution as opposed to litigation.

This is the second request to adjourn the initial pretrial conference and defendants' third request to extend their time to respond to the complaint. We have contacted plaintiff's counsel to determine whether plaintiff consents to this application but have not heard back from him as of the time of this filing.

Respectfully submitted,

/s/ *John L. Garcia*

John L. Garcia
Patrick McPartland

cc:    All counsel of record (*via ECF*)

Application GRANTED. The conference previously scheduled for  August 1, 2023, is hereby adjourned to August 8, 2023, at 9:00 a.m., and will be held by telephone. The Clerk of Court is directed to terminate ECF No. 29.

SO ORDERED.

July 20, 2023