UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARRISON REDD,

    Plaintiff,

-against-

817 LEXINGTON AVE I LLC, et al.,

    Defendants.

23-CV-02552 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The settlement conference scheduled for January 4, 2024, is hereby ADJOURNED to **January 23, 2024**, at **2:15 p.m.** The parties shall submit Confidential Settlement Letters and Acknowledgment Forms (*see* Dkt. 39 ¶¶ 3, 5) no later than **January 16, 2024**.

    The Clerk of Court is respectfully instructed to close the motion at Dkt. 53.

Dated:  New York, New York
         December 28, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**