UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARRISON REDD,

    Plaintiff,

-against-

817 LEXINGTON AVE I LLC, et al.,

    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2024
```

23-CV-02552 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during yesterday's settlement conference:

1. Defendants shall present their concrete remediation proposal to plaintiff, in writing, no later than **February 2, 2024**.

2. Plaintiff shall respond, in writing and equally concretely, no later than **February 9, 2024**.

3. The parties shall promptly meet and confer in good faith and in real time (*e.g.*, by telephone, videoconference, or in person) concerning all remediation issues.

4. If the parties require the Court's continued assistance in resolving their dispute, counsel shall: (a) so advise Judge Moses's chambers no later than **February 12, 2024**; (b) submit a confidential joint settlement update letter, by email, no later than **February 13, 2024**; and (c) appear before Judge Moses, with their clients, at 2:15 p.m. on **February 14, 2024**.

5. If the parties wish to adjourn any deadlines or conferences scheduled by the District Judge, they must make that request to the District Judge by letter-motion.

Dated: New York, New York
      January 24, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**