UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2024
```

GARRISON REDD,

        Plaintiff,

  -against-

817 LEXINGTON AVE I LLC, et al.,

        Defendants.

23-CV-02552 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

At the request of the parties, the settlement conference previously scheduled for February 14, 2024, is hereby ADJOURNED to **February 15, 2024, at 2:15pm.** The parties shall submit a confidential joint settlement update letter, by email, no later than **February 13, 2024.**

Dated: New York, New York
      February 12, 2024

                **SO ORDERED.**

                _____
                **BARBARA MOSES**
                **United States Magistrate Judge**